DOUGLAS J. FARMER, CA Bar No. 139646
douglas.farmer@ogletree.com
LAUREN M. COOPER, CA Bar No. 254580
lauren.cooper@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendants
MATTRESS FIRM, INC., TFORCE FINAL
MILE WEST, LLC (incorrectly named as
Dynamex) and XPO LAST MILE, INC. d/b/a
XPO LOGISTICS (incorrectly named as XPO
Logistics Supply Chain, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO BRAVO,<br><br>  Plaintiff,<br><br>v.<br><br>ON DELIVERY SERVICES, LLC; JORGE ALFARO; FRISCO BAY TRANSPORT, INC.; DYNAMEX; XPO LOGISTICS SUPPLY CHAIN, INC.; AMAZON.COM SERVICES, INC.; IKEA U.S. WEST, INC.; MATRESS FIRM, INC.; AND NORTH AMERICAN LOGISTICS GROUP LLC,<br><br>  Defendant. | Case No. 3:18-cv-01913-EMC<br><br>**STIPULATED REQUEST AND [P~~ROP~~OSED] ORDER FOR EXTENSION OF BRIEFING SCHEDULE RE MOTION TO DISMISS AND STRIKE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: February 14, 2018<br>Removal Date: March 28, 2018<br>FAC Filed: June 21, 2018<br>Trial Date: None yet set |

Case No. 3:18-cv-01913-EMC
STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF BRIEFING SCHEDULE RE
MOTION TO DISMISS AND STRIKE AND CONTINUING OF CASE MANAGEMENT CONFERENCE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants Mattress Firm, Inc. ("Mattress"), TForce Final Mile West, LLC (incorrectly named as Dynamex) ("TForce"), and XPO Last Mile, Inc. d/b/a/ XPO Logistics (incorrectly named as XPO Logistics Supply Chain, Inc.) ("XPO") (collectively, "Defendants"), on the one hand, and Plaintiff Alfredo Bravo ("Plaintiff"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a First Amended Complaint on June 21, 2018 (Dkt No. 40).

WHEREAS, Mattress, XPO and TForce filed a Joint Motion to Dismiss and Motion to Strike Plaintiff's First Amended Complaint on July 5, 2018 (Dkt. No. 46).

WHERAS, Plaintiff's counsel filed a Notice of Unavailability with the Court on July 5, 2018 notifying the Court, Parties and respective counsel that he would be out of the country and unavailable between July 20, 2018 and August 4, 2018 (Dkt. No. 45).

WHEREAS, on May 24, 2018, the Court reset the initial case management conference from June 28, 2018 to August 9, 2018 (Dk. No. 26).

WHEREAS, the hearing on Mattress, XPO and TForce's Joint Motion to Dismiss and Strike is scheduled for August 9, 2018.

WHEREAS, counsel for Plaintiff needs additional time to prepare Plaintiff's opposition to Defendants' Motion to Dismiss and Strike as a result of his unavailability during part of July and August.

WHEREAS, Plaintiff agreed to provide Defendants with a reciprocal extension of time to file their reply brief.

WHEREAS, the Parties desire to reschedule the hearing date on Mattress, XPO and TForce's Motion to Dismiss and Strike to allow for the extended briefing schedule; and

WHEREAS, the Parties desire to reschedule the initial case management conference to take place after the hearing on Defendants' Motions to Dismiss and Strike.

NOW, THEREFORE, the Parties have met and conferred, and agree upon the following:

1. Plaintiff will file his opposition to Defendant Mattress, XPO and TForce's Motion to Dismiss and Strike the First Amended Complaint on or before August 9, 2018.

2. Defendants Mattress, XPO and TForce will file their reply in support of their joint Motion to Dismiss and Strike the First Amended Complaint on September 6, 2018.

3. The hearing on Defendants Mattress, XPO and TForce's Motion to Dismiss and Strike Plaintiff's First Amended Complaint shall be continued to September ~~13~~ 20, 2018 at 1:30 p.m., or to a date and time that is convenient for the Court.

4. The initial case management conference shall be continued to September ~~13~~ 20, 2018 at ~~9:30 a.m.~~ 1:30 p.m., or to a date and time that is convenient for the Court.

IT IS SO STIPULATED.

DATED: July 13, 2018          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Lauren M. Cooper*
    DOUGLAS J. FARMER
    LAUREN M. COOPER
    Attorneys for Defendants
    MATTRESS FIRM, INC., TFORCE FINAL MILE WEST, LLC (incorrectly named as Dynamex) and XPO LAST MILE, INC. d/b/a XPO LOGISTICS (incorrectly named as XPO Logistics Supply Chain, Inc.)

DATED: July 13, 2018          KLETTER LAW

By: */s/ Cary Kletter*
    CARY KLETTER
    Attorneys For Plaintiff
    ALFREDO BRAVO

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: July 13, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Lauren M. Cooper*
DOUGLAS J. FARMER
LAUREN M. COOPER
Attorneys for Defendants
MATTRESS FIRM, INC., TFORCE FINAL MILE WEST, LLC (incorrectly named as Dynamex) and XPO LAST MILE, INC. d/b/a XPO LOGISTICS (incorrectly named as XPO Logistics Supply Chain, Inc.)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** (modified above)

Date: 7/17/2018 _____

_____
District



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

34773008.2

4     Case No. 3:18-cv-01913-EMC
STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF BRIEFING SCHEDULE RE MOTION TO DISMISS AND STRIKE AND CONTINUING OF CASE MANAGEMENT CONFERENCE