MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Roberta H. Kuehne, Bar No. 225067
roberta.kuehne@morganlewis.com
Aleksandr Markelov, Bar No. 319235
aleksandr.markelov@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Defendant
AMAZON.COM SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFREDO BRAVO,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ON DELIVERY SERVICES, LLC, ET AL.,<br><br>　　　　　　　Defendants. | Case No. 3:18-cv-01913-EMC<br><br>**PLAINTIFF ALFREDO BRAVO AND DEFENDANT AMAZON.COM SERVICES, INC.'S JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES AS TO DEFENDANT AMAZON.COM SERVICES, INC.** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SETTLEMENT IN PRINCIPLE
Case No. 3:18-CV-01913-EMC

Plaintiff Alfredo Bravo ("Plaintiff") and Defendant Amazon.com Services, Inc. ("Amazon") (collectively, the "Parties") respectfully notify the Court that the Parties have agreed in principle to resolve the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing a written settlement agreement and a stipulation of dismissal with prejudice. The Parties intend to file the stipulation of dismissal with prejudice as soon as practicable. Accordingly, the Parties respectfully request that the Court vacate any pending applicable deadlines related to Defendant Amazon.com Services, Inc., including specifically the hearing on Amazon's Motion to Dismiss and Motion to Strike set for September 20, 2018 and the Case Management Conference set for September 20, 2018 as to Amazon.

Dated:  September 13, 2018         MORGAN, LEWIS & BOCKIUS LLP

By  */s/Roberta H. Kuehne*
ERIC MECKLEY
ROBERTA H. KUEHNE
ALEKSANDR MARKELOV
Attorneys for Defendant
Amazon.com Services, Inc.

Dated:  September 13, 2018         KLETTER LAW

By  */s/Cary Kletter*
CARY KLETTER
Attorneys for Plaintiff
Alfredo Bravo

### FILER'S ATTESTATION

I, Roberta H. Kuehne, am the ECF user whose identification and password are being used to file this Joint Notice of Settlement In Principle And Motion To Vacate All Deadlines As To Defendant Amazon.com Services, Inc. In compliance with L.R. 5-1(i)(3), I hereby attest that Cary S. Kletter concurs in this filing.

Dated:  September 13, 2018         */s/Roberta H. Kuehne*
Roberta H. Kuehne